UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00114 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER JACKSON | ) | |

## ORDER

Due to a criminal trial, the hearing on the Superseding Petition (Docket No. 76) alleging violations of Defendant's Conditions of Supervision scheduled for June 20, 2016, is RESCHEDULED for July 7, 2016, at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE